FRED H. HUBER, appellant,

*v.*

STEPHEN LIPTAK, JR., et al., respondents.

[Decided January 3d, 1946.]

*Mr. Nicholas S. Schloeder,* for the appellant.

*Mr. Alfred M. Cozzi (Mr. Isadore Glauberman,* of counsel), for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder, and reported at *136 N. J. Eq. 515.*

*For affirmance*—PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, OLIPHANT, WELLS, RAFFERTY, DILL, JJ. 10.

*For reversal*—THE CHIEF-JUSTICE, COLIE, FREUND, JJ. 3.

*For modification*—McGEEHAN, J. 1.